**FILED**

06/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0671

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court No. DA-22-0671

IN RE THE MARRIAGE OF:

SHERRI L. FROST,

      Petitioner / Appellant,

    v.

KEVIN ROY FROST,

      Respondent / Appellee / Cross-Appellant

    v.

FROST LIMITED PARTNERSHIP,

      Joined as additional Respondent / Appellee / Cross-Appellant

On Appeal from the Montana Twenty-First Judicial District Court
Cause No.: DR 15-165

Hon. Howard F. Recht, Presiding

## ORDER GRANTING EXTENSION OF TIME

**APPEARANCES:**

Reid J. Perkins
WORDEN THANE P.C.
321 W. Broadway St., Ste. 300
Missoula, MT 59802
(406) 721-3400
rperkins@wordenthane.com
    *Attorneys for Frost Limited Partnership*

Marybeth M. Sampsel
MEASURE LAW, P.C.
128 2ND STREET EAST
Kalispell, MT 59903-0918
(406) 752-6373
mbs@measurelaw.com
    *Attorneys for Sherri Frost*

David B. Cotner
Natalie A. Hammond
COTNER RYAN LAW PLLC
321 W. BROADWAY ST. STE. 500
Missoula, MT 59808
dcotner@cotnerlaw.com
nhammond@cotnerlaw.com

*Attorneys for Kevin Frost*

HAVING REVIEWED Respondent/Appellee Frost Limited Partnership's Unopposed Motion for Extension of Time and good cause appearing,

IT IS HEREBY ORDERED that Respondent/Appellee Frost Limited Partnership has until July 17, 2023, to file his Response to Opening Brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

**UNOPPOSED MOTION FOR EXTENSION**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 6 2023